# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARIANNE SMITH BRAGG, and JAMES W. SMITH, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CV 09-J-0496-NE |
| FRANKLIN COLLECTION SERVICES, INC., a corporation, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiffs having filed unopposed motion to dismiss Marianne Smith Bragg from this action (doc. 14), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED. Plaintiff Marianne Smith Bragg's claims against defendant are DISMISSED WITH PREJUDICE.

**DONE** and **ORDERED** this 3rd day of September 2009.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE