# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MARIANNE SMITH BRAGG, and JAMES W. SMITH, | ) |
| Plaintiffs, | ) |
| vs. | ) CV 09-J-0496-NE |
| FRANKLIN COLLECTION SERVICES, INC., a corporation, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The parties having filed a joint stipulation for dismissal (doc. 16), and the court having considered the same and the court being of the opinion that this case should be dismissed;

It is therefore **ORDERED** by the court that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 21st day of October 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE